UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| ERIC M. BROWN | : | Case No: 09-26541 |
| VICKI S. BROWN | : | Chapter 13 – Judge Keir |
| Debtors | : | |
| REGIONAL ACCEPTANCE CORP. | : | |
| Movant | : | |
| v. | : | |
| ERIC M. BROWN | : | |
| a/k/a Eric Michael Brown, Sr. | : | |
| Respondent | : | |
| and | : | |
| ELLEN W. COSBY, TRUSTEE | : | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY TO PERMIT MOVANT TO REPOSSESS AND SELL A 2008 DODGE AVENGER

The Movant, Regional Acceptance Corp. ("RAC"), by and through its attorneys, Jeffrey W. Bernstein, and Goozman, Bernstein & Markuski, respectfully represents unto this Honorable Court as follows:

1. That this is a contested matter seeking relief from the automatic stay of Section 362 of the Bankruptcy Code to permit the repossession of a motor vehicle and is within the jurisdiction of this Court pursuant to U.S.C. 1334, 28 U.S.C. 157 and Bankruptcy Rules 4001 and 9014.

2. That on September 2, 2009, the above-captioned Debtor filed a petition praying for relief pursuant to 11 U.S.C. Chapter 13.

-1-

3. That Debtor, Eric Brown, is the owner of a certain motor vehicle, a 2008 Dodge Avenger, VIN No. 1B3LC46K58N593665.

4. That pursuant to the terms and provisions of a Retail Installment Sale Contract dated March 18, 2008, the above-captioned Debtor borrowed the sum of $26,307.24 from Regional Acceptance Corp. and agreed to repay said sum to the Movant, with interest thereon at the fixed rate of 19% per annum, payable in monthly installments set forth in the Note. That pursuant to the terms and provisions of said Contract, the above-captioned Debtor granted a security interest in the aforesaid motor vehicle to the Movant (the "Note"). A copy of the Note is attached as **Exhibit No. 1** hereto and incorporated herein.

5. That the Movant recorded a Notice of Security Interest Filing covering the said motor vehicle with the Maryland Department of Transportation, Motor Vehicle Administration, and the Movant has a valid perfected security interest on the said motor vehicle. A copy of the Notice of Security Interest Filing is attached as **Exhibit No. 2** hereto and incorporated herein.

6. That the said Note is presently in default, the Debtor having failed to make post-petition payments on the Note in the amount of $3,099.25 through February 3, 2010, and the balance presently due and owing to the Movant under the Note is the sum of $26,233.12 as of February 3, 2010, plus attorneys' fees for the filing of this motion. A copy of the Movant's account statement is attached hereto as **Exhibit No. 3** and incorporated herein.

7. That the pre-petition arrears were $5,750.71 and the post-petition arrears as of February 3, 2010, are $3,099.25.

8. That the said motor vehicle is rapidly depreciating and the Debtor has not provided, and no attempt has been made to provide, adequate protection to the Movant for its security interest and said vehicle has a retail value of $12,125.00 based on the February 3, 2010, NADA. Provided however, if the vehicle is repossessed and sold at auction it is anticipated the vehicle will be sold for less than its trade-in-value, which may result in the

-2-

Movant filing an amended Proof Of Claim in the amount of the deficiency as an unsecured claim. A copy of the NADA is attached hereto as **Exhibit No. 4** and incorporated herein.

9. The Movant may be willing to enter into a settlement agreement with the Debtor in regard to the matters raised in this Motion or the Debtor may ultimately consent to the granting of the relief requested herein. Any settlement which may be agreed upon by the Movant would consist of the termination of the provisions of 11 U.S.C. 362(a) without further Order of Court subject to regular payments being made on the debt secured by the Note, and a payment plan for payment of the arrearages under the Note. Thus far, no proposal for settlement by the Debtor has been forthcoming.

10. That if the Movant is not permitted to repossess and sell said motor vehicle pursuant to its valid security interest, it will suffer irreparable loss and damage.

WHEREFORE, the Movant, RAC, prays:

1. That the automatic stay pursuant to 11 U.S.C. 362 be modified to permit the Movant to pursue its security interest and repossess and sell the said motor vehicle; and

2. For such other and further relief as to this Honorable Court may seem just and proper.

GOOZMAN, BERNSTEIN & MARKUSKI

BY:   /s/Jeffrey W. Bernstein
Jeffrey W. Bernstein
Attorneys For Movant
9101 Cherry Lane, Suite 207
Laurel, Maryland 20708
(301) 953-7480
Federal Bar No. 08458

-3-

-4-

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the forgoing Motion for Relief from Automatic Stay to Permit Movant to Repossess and Sell Motor Vehicle was mailed first class, postage prepaid or by ECF this **5th day of February, 2010,** to the following:

Eric M. Brown
2043 Wisper Woods Way
Windsor Mill, MD  21244

Jeffrey M. Sirody, Esquire
Sirody, Freiman & Feldman
1777 Reistertown Road, Suite 360E
Baltimore, MD  21208

Ellen W. Cosby, Trustee
P.O. Box 20016
Baltimore, MD  21284-0016

                                                 /s/Jeffrey W. Bernstein_____
                                                Jeffrey W. Bernstein

JWB/sga/CLT/BANKS/RAC/Eric & Vicki Brown/LS MOTION.CAR-CHP13